|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA | **FILED**<br>JUN 6 – 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

LARRY D. CANNON,  )
　　　　　　　　　　　　)
　　　　Petitioner,　　　)
　　　　　　　　　　　　)
v.　　　　　　　　　　　)　　Civil Action No. 1:07cv0607
　　　　　　　　　　　　)
K. PITTS　　　　　　　　)
　　　　　　　　　　　　)
　　　　Respondents.　　)
　　　　　　　　　　　　)

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 6th day of June 2007,

**ORDERED** that respondents, by counsel, shall, within 60 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of the Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshall for the purpose of making service on petitioner's warden and the United States Attorney for the District of Columbia.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RICHARD J. LEON
　　　　　　　　　　　　　　　　　　　　　United States District Judge