IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY D. CANNON          )
    PETITIONER,          )
                    )
                    )
UNITED STATES OF AMERICA   )   CIVIL ACTION NO. 07-0607
ET AL.          )
    RESPONDENTS.          )   $R \cdot J \cdot L$
                    )

MOTION FOR JUDICIAL NOTICE OF THE ATTACHED EXHIBITS AS
PETITIONER'S VERIFIED PROOF AND EVIDENCE OF THE CHARGES
UPON WHICH HE WAS PROSECUTED AND CONVICTED

1. Attachment (A) Government's Opposition to Application for Leave to File a Second and Successive Motion Under U.S.C. Section 2255 (see front page).

2. Attachment (B) Petitioner's D.C. Department of Corrections Face Sheet, dated December 2, 1992.

3. Attachment (C) U.S. District Court Judge Harold Green's Memorandum and Order, dated November 30, 1993.

4. Attachment (D) Petitioner's Affidavit filed in the U.S. Court of Appeals for the District of Columbia Circuit on March 24, 2006,

5. Attachment (E) Petitioner's Petition for a Writ of Habeas Corpus, associated with Cannon V. Igborzukie, 779 A.2d 887, 888 (D.C. 2001), filed on July 30, 1999.

The court knows Petitioner cited his conviction for "Assault with Intent to Commit Carnal Knowledge" on the Habeas Petition (see attached verification).

Respectfully Submitted,

Larry D. Cannon
1118 21st Street, N.E.
Apartment #101
Washington, D.C. 20002

RECEIVED

AUG 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attachments (5)

## CERTIFICATE OF SERVICE BY MAIL

I, Larry D. Cannon, hereby certify that I have hand delivered the original of Petitioner's "Motion for Judicial Notice of the Attached Exhibits as Petitioner's Verified Proof and Evidence of the Charges Upon Which Petitioner Was Prosecuted and Convicted" to the Clerk of the Court at:

U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.  20001

And hand delivered a copy to:

Ms. Margaret J. Chriss
Assistant United States Attorney (D.C. Bar No. 452-403)
555 Fourth Street, N.W.
Special Proceedings Division, 10th Floor
Washington, D.C.  20530

Respectfully Submitted,

Larry D. Cannon
1118 21st Street, N.E.
Apartment #101
Washington, D.C. 20002

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

OCT 1 0 2002

RECEIVED

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   OCT 1 0 2002

CLERK

No. 02-3080
(Crim. No. 68-0747-02)

IN RE: LARRY D. CANNON,                                    Petitioner.

### GOVERNMENT'S OPPOSITION TO APPLICATION FOR LEAVE TO FILE A SECOND AND SUCCESSIVE MOTION UNDER 28 U.S.C. § 2255

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this opposition to petitioner's application for leave to file a second or successive 28 U.S.C. § 2255 motion. For the reasons set forth below, the application should be denied.

### PROCEDURAL HISTORY

On March 10, 1969, petitioner entered a guilty plea in the district court to two counts of robbery and one count of assault with intent to commit carnal knowledge (Attachment A - manual criminal docket for 1968 - 1992). In exchange, the government agreed to dismiss pending charges of assault with a dangerous weapon, rape, and sodomy (id.). The district court sentenced appellant to serve a combined sentence of fifteen to forty-five years (id.). The relevant subsequent history follows.[1]

On December 8, 1969, this Court denied petitioner's leave to

---

[1]   Petitioner has filed many pleadings over the last thirty-two years. We discuss only those that appear to be germane here.



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

LARRY D. CANNON,

      Defendant/
      Petitioner.

Criminal No. 68-0747
    (HHG)

FILED

NOV 3 0 1998

NANCY M. MAYER-WHITTINGTON

MEMORANDUM AND ORDER

    This matter is before the Court on petitioner's motion
for a temporary restraining order and petition for a writ of
audita querela.  The petitioner contends that he has
completed his sentence and should be released from prison.
For the reasons stated below, the motion and petition are
denied.

    On March 10, 1969, Larry Cannon pled guilty to three
criminal charges:  two robbery charges and assault with
intent to commit carnal knowledge.  On May 9, 1969, he was
sentenced by Judge John Sirica to five to fifteen years on
each of those counts on three counts, with each sentence
running consecutively for a total of fifteen to forty-five
years.

    Several years ago, defendant filed the latest in a
series of pleadings, this time a petition for a writ of
audita querela and a motion for a temporary restraining

ADP Form 19 DCDC-7-70

78 3 55 5
1212

**DISTRICT OF COLUMBIA**
**DEPARTMENT OF CORRECTIONS**
**FACE SHEET No. 2**

Date
Prepared
12-2-92
(Mo., Da., Yr.)

| DCDC Number 158-569 | Name (Last, First, Middle) CANNON, LARRY | | | | | | Race BLACK | Sex MALE |
|---|---|---|---|---|---|---|---|---|
| Height 5'9" | Weight 162 | Build MED | Eyes BROWN | Hair BLACK | Age 42 | Birth Date 7-20-50 | Place of Birth SOUTH CAROLINA | |

| | |
|---|---|
| Offense | D.C. PAROLE ON ASSAULT W/INT. CARNAL KNOW/ROBBERY |
| Case Number | |
| Sentence (Yrs., Mos., Days) | OWES 9,012 DAYS |
| Warrant Executed / Sentence Begins (Mo., Da., Yr.) | 7-13-92 |
| Full Term Date (Mo., Da., Yr.) | 3-15-17 |
| Short Term / M.R. Date (Mo., Da., Yr.) | 2-4-09 |
| Parole Eligibility Date (Mo., Da., Yr.) | BOARD'S DISCRETION |
| Max. Supervision Date (Mo., Da., Yr.) | N/A |
| Statutory Good Time Rate / Month | 2,961 DAYS |
| Plea | |
| Committing Judge | |
| Defense Attorney | |
| Initialed By: | RLM |

**DETAINERS**

| Date Filed | For | Action |
|---|---|---|
| | | |
| | | |

**CONDUCT CREDITS**

| Date | Credits | Forfeit | Restore | Balance |
|---|---|---|---|---|
| | | | | |
| | | | | |

**JAIL CREDIT DATES**

| From and Including | To and Including |
|---|---|
| STREET TIME | |
| 8-12-89 | 3-29-92 = 961 DAYS |

**REMARKS**

PV TERM CONVERTED 24 YEARS 8 MONTHS 3 DAYS

DESIGNATED TO D.C. DEPARTMENT OF CORRECTIONS
12/2/92

Received From C.C.C. #3 On 6-9-94
On Adm Removal

W/C Min In 10-7-94

CORPORATION COUNSEL · #7                    YELLOW COPY TO ADP

RE:   APPEAL NO. 5051 – CASE NO. 1633-cv-03

I, Larry D. Cannon, hereby affirm and swear under penalty of perjury that the forgoing information is correct and true to the best of my beliefs, knowledge, and understanding.

1.    I, Larry D. Cannon (Affiant), currently reside at 631 18th Street, N.W., Washington, D.C. 20002, I am over the age of twenty-one (21) years old, and I am presently of sound mind.

2.    The Affiant is aware of a certified pre-sentence report dated April 17, 1969, by an officer or agent of the court specifying that the victim had an operation that prevented the alleged rape of the victim in the matter before the court.

3.    The government has not contested the validity or accuracy of the Pre-sentence report at issue.  As a result of the information in this pre-sentence report, affiant contends that he is innocent of the predicate or underlying offense contained in count five (5) of the indictment herein (see e.g., case No. 747-68.

4.    The affiant further contends that while in "juvenile" custody, he was "waived" on from "juvenile" court as a result of the complaint of rape; and was compelled by law enforcement authorities, without the benefit of an attorney, to implicate himself in such an offense without being provided his constitutional rights under the Fifth Amendment of the U.S. Constitution, which clearly states that Appellant had a "right" not to incriminate himself; especially on a false charge.

5.    The affiant, through and by advice of his plea-hearing attorney was advised to plea guilty to assault with the intent to commit carnal knowledge (the lesser-included offense of raped).  The plea-hearing attorney knew or should have known had he done the bare minimum pretrial investigation that no rape occurred.  Thus, Appellant submits that the plea attorney rendered ineffective assistance of counsel.

6.    Affiant, therefore, believe that he is entitled to relief pursuant to the United States Constitution, Article 1, Section 9, Clause 2, or Title 28 U.S.C. Section 2241 and Title 28 U.S.C. Section 2255, with a claim of innocence relative to the predicate or underlying offense.  Affiant submits that his claim for relief is justified.

1

FURTHER, THE AFFIANT SAYTH NAUGHT.

I, Larry D. Cannon (Affiant), hereby certify under penalty of perjury, 28 U.S.C. Section 1746, that the statements contained in this affidavit are true and correct to the best of my knowledge, information, and beliefs.

Respectfully Submitted,

3-24-06

Larry D. Cannon
631 18th Street N.E.
Washington, D.C. 20002

2

IN THE
SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

CLERK OF
SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA
SPECIAL PROCEEDING BR

1999 JUL 30  P 3: 04

_LARRY D. CANNON_
Name under which you were
convicted

_158-569_
Prison Number  _APT /o/_
_853 YUMA ST. S.E._
_WASHINGTON, D.C. 20032_

Docket No.  _SP 2174-99_
(To be supplied by
Clerk.)

PETITION FOR WRIT OF HABEAS CORPUS
PURSUANT TO D.C. CODE 1981,
SECTION 16-1901
BY A PERSON IN CUSTODY OF
D.C. DEPARTMENT OF CORRECTIONS

---

_LARRY D. CANNON_, Petitioner
Name under which you were convicted

vs.

_(PAROLE OFFICER)_
_A. Igberzukie_, Respondent
Name of Administrator,
or authorized person
having custody of
petitioner

---

(This form is _not_ to be used if petitioner claims that his D.C.
sentence is unlawful.  If a petioner wishes to attack his D.C.
sentence, he or she should file a motion under D.C. Code 1981,
Section 23-110 for remedies on motion attacking sentence.)

are in custody under a conviction and sentence, complete the following:

1. Nature of offense _AWICCK- Robbery_

2. Name and location of Court which imposed sentence
_U.S. District Court For the District of Columbia, Washington D.C._

3. Case or docket number _747-68_

4. Date of conviction _MAY 9, 1969_

5. Date of sentence _MAY 9, 1969_

6. Length of sentence _15 to 45 YEARS_

7. Did you appeal the conviction? Yes (✗) No ( )

    a. First appeal:
    Court: _U.S. Court of Appeals-D.C. Circuit_
    Grounds: _illegal Adult Sentence_

    Result: _Reversed For Resentencing_
    Date: _7-4-1975_

    b. Second appeal:
    Court: _U.S. Court of Appeals-D.C. Circuit_
    Grounds: _In-effective Assistance of Cansel - Illegal Sentence_

    Result: _Remanded For Resentencing_
    Date: _August 1976_

D. If you have not been convicted, complete the following:

1. Nature of charge(s): _N/A_

-3-

JUDGMENT AND COMMITMENT (Rev. 7-68)                                    Cr. Form No. 25

# United States District Court - *Civil Action No.*
## 07-0607 (R.J.L)
### FOR THE
### DISTRICT OF COLUMBIA

**F I L E D**

| United States of America | } | Criminal |
| v. | } | No. 747-68    MAY 14 1969 |
| #2. LARRY E. CANNON | } | ROBERT M. STEARNS, Clerk |

On this     9th     day of     May     , 19 69 came the attorney for the government and the defendant appeared in person and by his counsel, John J. Dwyer, Esquire.

It Is Adjudged that the defendant upon his plea of "Guilty" and the Court being satisfied there is a factual basis for the plea has been convicted of the offense of

Robbery (Title 22, District of Columbia Code, §2901)—Counts 1 and 3;
Assault with Intent to Commit Carnal Knowledge (Title 22, District of Columbia Code, §2801)—Under Count 5

as charged

and the court having asked the defendant whether he has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court,

It Is Adjudged that the defendant is guilty as charged and convicted.

It Is Adjudged that the defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of [4]

Five (5) Years to Fifteen (15) Years on Count 1;
Five (5) Years to Fifteen (15) Years on Count 3;
Five (5) Years to Fifteen (15) Years on Count 5, said sentence on Count 5 will run consecutively with sentence on Count 3 and these sentences will run consecutively with the sentence imposed on Count 1. In other words, he will serve the equivalent of not less than Fifteen (15) Years nor more than Forty-five (45) Years.

**United States District Court**
**for the District of Columbia**
A TRUE COPY

JAMES F. DAVEY, CLERK,

By *James P Capitaine*

**Deputy Clerk**

It Is Ordered that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

_____
*United States District Judge.*

The Court recommends commitment to [6]

maximum security in an institution
such as: Atlanta, Georgia; Leavenworth,
Kansas or Lewisburg, Pennsylvania.
_____ Clerk.

[1] Insert "by breach of contract", "under seal" or "without counsel", the court advised the defendant of his right to counsel and asked him whether he desired to have counsel appointed by the court, and the defendant thereupon stated he waived the right to the assistance of counsel." [2] "not guilty and the court being satisfied there is factual basis for the plea" [3] "not guilty, and a verdict of guilty." [4] "a finding of guilty." or [5] "nolo contendere" as the case may be. [5] Insert "committed number." [6] If required, Enter (1) sentence or sentences, specifying counts if any. (2) whether sentences are to run concurrently or consecutively and, if consecutively, when each term is to begin in relation to termination of preceding term or to any other outstanding unserved sentence; (3) whether defendant is to be further imprisoned until payment of the fine or fine and costs, or until he is otherwise discharged as provided by law. [5] Enter any order with respect to suspension and probation. [6] For use of Court to recommend a particular institution.

50