IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY D. CANNON ) | R J. L. |
| ) | |
| PETITIONER, ) | |
| ) | |
| UNITED STATES OF AMERICA ) | CIVIL ACTION NO. 07-0607 |
| ET AL. ) | |
| RESPONDENTS. ) | |

**NOTICE OF CHANGE OF ADDRESS**

TO: Clerk of the Court, United States District of Columbia ~~Circuit~~ Court. Please be advised that for purposes of these proceedings that I have changed my address to the following:

    1118 21st Street, N.E.
    Apartment #101
    Washington, D.C. 20002

Respectfully Submitted,

_/s/ Larry D. Cannon_
Larry D. Cannon
1118 21st Street, N.E.
Apartment #101
Washington, D.C. 20002

**RECEIVED**

AUG 1 4 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**