UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

LARRY D. CANNON,                          )
                                          )
            Petitioner,                   )
                                          )
        v.                                )  Civil Action No. 07-0607 (RJL)
                                          )
K. PITTS,                                 )
                                          )
            Respondent.                   )
_____)

ORDER
October 30, 2007

It is hereby

ORDERED that Respondent's Motion to Transfer the Case [Dkt. No. 6] to the United

States Court of Appeals for the District of Columbia Circuit to determine whether to authorize

the filing of a successive motion pursuant to 28 U.S.C. § 2255 is GRANTED. The Clerk is

directed to transfer the case forthwith.

SO ORDERED.

_____s/_____
RICHARD J. LEON
United States District Judge